# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 681 MAL 2015
:
    Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
    v. :
:
:
:
DERRICK JOHNSON, :
:
    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.